AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Illinois Northern District Court |
| DOCKET NO.<br>26cv11948 | DATE FILED | |
| PLAINTIFF<br>AMY ZALESKI, | | DEFENDANT<br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| T. Bruton | M. Navarro | 9/30/2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-476-718**
**Effective Date of Registration:**
November 05, 2025
**Registration Decision Date:**
January 18, 2026

## Title

**Title of Work:** Reflexology Foot Map

## Completion/Publication

**Year of Completion:** 2006
**Date of 1st Publication:** March 20, 2006
**Nation of 1st Publication:** United States

## Author

- **Author:** Amy Zaleski
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Amy Zaleski
1024 Third Avenue, Wall, NJ, 7719, United States

## Rights and Permissions

**Name:** Amy Zaleski
**Email:** invinkstudio@gmail.com
**Address:** 1024 Third Avenue
Wall, NJ 7719 United States

## Certification

**Name:** David Denholm
**Date:** November 05, 2025
**Applicant's Tracking Number:** AZ2025110401


BRAIN
SINUS
PITUITARY GLAND
throat
THYROID
EYES
Ears
Lungs
heart
SOLAR PLEXUS
SHOULDER
ARM
DIAPHRAGM
LIVER
Gall Bladder
stomach
SPLEEN
PANCREAS
Kidney
transverse COLON
Ascending COLON
Descending COLON
small intestines
BLADDER
SPINAL REGION
COCCYX
KNEES
SCIATIC nerve
HIP Ankle FOOT
LEFT
RIGHT